746 A.2d 1116

**Wayne Anthony HOOVER, Appellee,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided March 23, 2000.

Timothy P. Wile, Harold H. Cramer, Harrisburg, for PENDOT.

Martin W. Sheerer, Pittsburgh, for Wayne Anthony Hoover.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

**_O R D E R_**

PER CURIAM:

Appeal dismissed as having been improvidently granted.